IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLA MULDROW,** Guardian on behalf of **Jasper Muldrow, III**  Plaintiff, vs. **CUYAHOGA COUNTY, et al.**  Defendants. | CASE NO. 1:20-cv-02539  JUDGE SOLOMON OLIVER, JR.  <u>NOTICE OF MEDIATION</u> |

Now come the parties, through counsel, and hereby give notice that a private mediation of this case is scheduled for April 24, 2023. The mediation will be conducted by Robert McClelland, former judge and now mediator for Cuyahoga County Court of Common Pleas.

Respectfully submitted:

*/s/ Terry H. Gilbert*
Terry H. Gilbert (0021948)
Sarah Gelsomino (0084340)
Friedman, Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
terry@FGGfirm.com
sarah@FGGfirm.com

*Counsel for Plaintiff*

*/s/ Michael E. Murman (per consent)*
Michael E. Murman (0029076)
Murman & Associates
14701 Detroit Avenue, Suite 555
Lakewood, Ohio 44107
Tel: (216) 228-6996
Fax: (216) 226-9011
murmanlaw@aol.com

*Counsel for Defendant Charles Enoch*

*/s/ Matthew D. Greenwell (per consent)*
MATTHEW D. GREENWELL (0077883)
Assistant Prosecuting Attorney
The Justice Center, Courts Tower, 8th Floor
1200 Ontario Street
Cleveland, Ohio 44113
(216) 443-7823
(216) 443-7602 (Fax)
mgreenwell@prosecutor.cuyahogacounty.us

*Counsel for Defendants Cuyahoga County,
and Allen Coatoam*

## Certificate of Service

I hereby certify that on April 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terry H. Gilbert*
TERRY H. GILBERT
*One of the Attorneys for Plaintiff*